IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL B. SLATER,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| v. | : | NO. 10-6956 |
| **HOFFMAN-LA ROCHE INC., ROCHE LABORATORIES, INC., and WOLTERS KLUWER HEALTH, INC.,** | : | |
| **Defendants.** | : | |

# O R D E R

**AND NOW**, this 24th day of March, 2011, upon consideration of Plaintiff's Motion to Remand (Document No. 7, filed December 23, 2010), Defendants Hoffman-La Roche Inc. and Roche Laboratories Inc.'s Motion in Support of Response in Opposition to Plaintiff's Motion to Remand (Document No. 14, filed January 14, 2011), Plaintiff's Reply in Support of Motion to Remand (Document No. 15, filed January 26, 2011), Roche's Supplemental Brief in Support of Severance of Wolters Kluwer Health, Inc. (Document No. 26, filed March 7, 2011), Defendant Wolters Kluwer Health, Inc.'s Brief in Support of Severance of the Claims Against It (Document No. 27, filed March 7, 2011), and Plaintiff's Supplemental Brief in Opposition to the Severance of Wolters Kluwer Health, Inc. (Document No. 29, filed March 14, 2011), for the reasons set forth in the Memorandum dated March 24, 2011, **IT IS ORDERED** that Plaintiff's Motion to Remand is **GRANTED**. The case is **REMANDED** to the Court of Common Pleas of Philadelphia County.

BY THE COURT:

/s/ Hon. Jan E. DuBois

**JAN E. DUBOIS, J.**